**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1299**

DEREK JARVIS,

                Plaintiff - Appellant,

        v.

FEDEX OFFICE & PRINT SERVICES, INCORPORATED,

                Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, District Judge.
(8:08-cv-01694-DKC)

Submitted: October 20, 2009          Decided: October 23, 2009

Before TRAXLER, Chief Judge, NIEMEYER, Circuit Judge, and
HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Derek Jarvis, Appellant Pro Se.  David Samuel Panzer, Eric C.
Rowe, GREENBERG TRAURIG, LLP, Washington, DC, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derek Jarvis appeals the district court's order dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Jarvis v. FedEx Office & Print Serv.</u>, No. 8:08-cv-01694-DKC (D. Md. Mar. 10, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>